**STATE of Missouri, Respondent,**

v.

**Derrick Gerome WASHINGTON, Appellant.**

**No. WD 74560.**

Missouri Court of Appeals, Western District.

Jan. 8, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 5, 2013.

Application for Transfer Denied May 28, 2013.

Christopher Slusher, Columbia, MO, for Appellant.

Jennifer Wideman, Jefferson City, MO, for Respondent.

Before: THOMAS H. NEWTON, P.J., JOSEPH M. ELLIS, and GARY D. WITT, JJ.

**ORDER**

PER CURIAM:

Mr. Derrick Gerome Washington appeals from the trial court's judgment convicting him of deviate sexual assault, section 566.070, and sentencing him to five years imprisonment with a suspended execution of sentence.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).